JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAO XIN, | CV 24-10917 PA (SKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendants. | |

Pursuant to the Court's May 1, 2025 Minute Order dismissing this action for lack of prosecution,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 1, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE